```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/17/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE ZARZUELA, Individually, and On Behalf of All Others Similarly Situated,

        Plaintiff,

-against-

BIOSTRAP USA, LLC,

        Defendant.

22 Civ. 9583 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On November 16, 2022, the Court ordered the parties to submit a joint letter and proposed case management plan by January 16, 2023. ECF No. 5. That submission is now overdue. Accordingly, by **January 31, 2023**, the parties shall submit their joint letter and proposed case management plan.

SO ORDERED.

Dated: January 17, 2023
      New York, New York

ANALISA TORRES
United States District Judge