```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/1/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE ZARZUELA, Individually, and On Behalf of All Others Similarly Situated,

        Plaintiff,

-against-

BIOSTRAP USA, LLC,

        Defendant.

22 Civ. 9583 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' proposed case management plan dated January 31, 2023. ECF No. 12-1. The parties are required to propose a joint alternative dispute resolution mechanism. *See id.* ¶ 10.b. Accordingly, by **February 8, 2023**, the parties shall file a revised case management plan.

    SO ORDERED.

Dated: February 1, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge